UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| YTHYHU KASSA,<br><br>           Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>           Defendant. | CASE NO. C15-513-BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 26. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's Motion for Attorney Fees is **GRANTED**, for a total award of $5,357.49, representing $26.65 in expenses and $5,330.84 in attorney's

fees, pursuant to the EAJA and consistent with *Astrue v. Ratliff*, 560 U.S. 586 (2010).

(3) Plaintiff's award is subject to any offset allowed pursuant to the Department of Treasury's Offset Program. *See Ratliff*, 560 U.S. at 595-98. If it is determined Plaintiff's EAJA fees are not subject to any offset, or if there is a remainder after an offset, the check shall be mailed to Plaintiff's counsel, Victoria B. Chhagan, at Douglas, Drachler, McKee & Gilbrough, 1904 Third Ave., Ste. 1030, Seattle, WA 98101.

Dated this 16th day of March, 2016.

BENJAMIN H. SETTLE
United States District Judge